IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELBY DAVIS,** | : | |
| Petitioner | : | No. 1:25-cv-02030 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **THOMAS MCGINLEY, et al.,** | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 10th day of February 2026, after considering the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by pro se Petitioner Kelby Davis ("Davis") (Doc. No. 1) as well as his January 9, 2026 response to the Court's November 18, 2025 Order to Show Cause (Doc. No. 9), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Davis's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITH PREJUDICE**;

2. A certificate of appealability **SHALL NOT ISSUE**;

3. The Clerk of Court is directed to **SEND** copies of this Order and the accompanying Memorandum to Davis, see R. 4, 28 U.S.C. foll. § 2254; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania